**932**     CASES REPORTED WITH BRIEF SYLLABI.

HORACE B. HORTON and Others, Respondents, v. QUEENS COUNTY MACHINERY CORPORATION, Appellant, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

In the Matter of the Final Judicial Settlement of the Accounts of AARON E. ALDRIDGE and HIRAM C. BLAIR, as Executors, etc., of ROBERT BLAIR, SR., Deceased.— Decree of the Surrogate's Court of Dutchess county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Putnam and Kelly, JJ., concurred; Blackmar, J., dissented.

WILLIAM E. MARTIN, Appellant, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Respondent.— Judgment and order of the County Court of Queens county reversed, with costs, and verdict unanimously reinstated, upon the ground that there were in the case suspicious circumstances sufficient to make the credibility of defendant's chauffeur a question for the jury; that such circumstances were (a) that defendant did not call the chauffeur's superior, Cox, or account in any way for his absence; and (b) that the chauffeur's statement that he was excused by Cox from noon until five P. M. seems inconsistent with the admitted fact that he was, at once after his lunch, returning to Cox at the defendant's garage.     (See *Ferris* v. *Sterling*, 214 N. Y. 249.)     Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

HERBERT R. MOTT, by JESSE W. MOTT, His Guardian ad Litem, Respondent, v. RALPH WALDT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

HELENA NITCH, Respondent, v. JAMES MCCANN, Appellant.— This case was tried and submitted on the theory of negligence. We think that the court erred in excluding testimony at folios 291 and 292, which was relevant and material upon that issue. Judgment and order reversed and new trial granted, costs to abide the event. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

IRA C. REYNOLDS, Appellant, v. MARY G. WALCOTT, Respondent.— Neither party gave evidence tending to support the allegations in the pleadings. We are of opinion that the deed was without consideration at its inception. It may be that the deed is an equitable mortgage securing defendant's advances, but if defendant succeeds, the judgment must be preceded by an accounting between the parties. We regard such a proceeding as much more beneficial to the parties than the dismissal of the complaint, which would undoubtedly result in another action. The judgment is, therefore, reversed, and a new trial granted, costs to abide the event. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

AUGUSTA ROTHSTEIN, Administratrix, etc., of MORRIS ROTHSTEIN, Deceased, Respondent, v. JACOB GORDON and JENNIE GORDON, Appellants. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.